UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUMMIT MEDICAL CLINIC, PC,

    Plaintiff,

v.                                                CASE NO: 8:05-cv-1279-T-23EAJ

WEBMD PRACTICE SERVICES, INC.,

    Defendant.
_____/

### **ORDER**

The court is advised that this matter is completely settled and will be dismissed. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty (60) days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause.  The hearing scheduled for June 27, 2006, (Doc. 47) is cancelled.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on June 26, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy